IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIO RIVERA,
    Petitioner,

vs.                        5:04cv379/LAC/MD

JOHN ASHCROFT, TOM RIDGE,
JAMES D. GOLDMAN, et al.,
    Respondents.
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 19, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

The petition for writ of habeas corpus (doc. 1) is DENIED.

DONE AND ORDERED this 24th day of August, 2005.

                      *s/L.A. Collier*
                      LACEY A. COLLIER
                      SENIOR UNITED STATES DISTRICT JUDGE